**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| KAREN SNIDER, individually and as parent, <br> legal guardian, and next friend of minor child, <br> <br>      Plaintiff, <br> <br> v. <br> <br> FRASIER, FRASIER AND HICKMAN L.L.P, <br> *et al.*, <br> <br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil No. 3:10-0031 <br> )   Judge Trauger <br> )   Magistrate Judge Bryant <br> ) <br> ) |

**O R D E R**

On August 11, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **TRANSFERRED** to the Northern District of Oklahoma, as it has been filed in the wrong venue.

It is so **ORDERED.**

Enter this 9th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge